NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NETLIST, INC.,**
*Appellant*

**v.**

**SK HYNIX INC., SK HYNIX AMERICA INC., SK HYNIX MEMORY SOLUTIONS INC.,**
*Appellees*

---

2018-2123

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-00560.

---

## JUDGMENT

---

THOMAS J. WIMBISCUS, McAndrews, Held & Malloy, Ltd., Chicago, IL, argued for appellant. Also represented by WAYNE BRADLEY, RONALD SPUHLER.

JOSEPH A. MICALLEF, Sidley Austin LLP, Washington, DC, argued for appellees. Also represented by CARTER GLASGOW PHILLIPS, RYAN C. MORRIS, BRIAN R. NESTER, WONJOO SUH.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and MOORE, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 12, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court